FILED
2005 May-31  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HERMAN LEE SHAW, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:05-cv-00654-SLB-HGD |
| STEPHEN BULLARD, WARDEN, | ) |
| and THE ATTORNEY GENERAL | ) |
| OF THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

**FINAL JUDGMENT**

On April 6, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On April 19, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore, **ORDERED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED** as time-barred.

DONE this the 31st day of May, 2005.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE